**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 16-6437**

———————————

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

     v.

JOSE ANTONIO NIEVES, a/k/a Antonio Perez,

             Defendant – Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:03-cr-00042-CCE-1)

———————————

Submitted:  June 23, 2016                  Decided:  June 29, 2016

———————————

Before MOTZ, KING, and WYNN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jose Antonio Nieves, Appellant Pro Se. Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Antonio Nieves appeals the district court's order denying Nieves' motion to reconsider the court's prior order granting his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. As the district court was without authority to reconsider its ruling on Nieves' § 3582(c)(2) motion, United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010), we affirm the district court's order denying relief on his motion for reconsideration. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED